UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Easters. McCleod

*(In the space above enter the full name(s) of the plaintiff(s).)*

## 13CV6746

COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

-against-

① Dr. Alan A. Monse CED Executive Office
④ Dan Dettinen Program Dcoordinator HUMAN
③ Malissa FARBen Pensavell P. Resources
② Goldie Desch Director Behavail Heathsen.

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

RECEIVED
SEP 18 2013
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

_____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Easter S. McLeod
Street Address 303-305 E. 135th St.
County, City Bronx
State & Zip Code N.Y. 10454    695-5376
Telephone Number # 347-862-2837 c 347-862-2837

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name Melissa Farber
Street Address 15 W. 65th St.
County, City Manhattan
State & Zip Code N.Y. 10023-6601
Telephone Number 212-769-6200

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer Goldie Densh
Street Address 15 W. 65th St.
County, City Manhattan
State & Zip Code N.Y. 10023-6601
Telephone Number 212-769-6200

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____    Failure to hire me.

_____    Termination of my employment.

_____    Failure to promote me.

_____    Failure to accommodate my disability.

✓    Unequal terms and conditions of my employment.

*Rev. 05/2010*        2

✓ _____  Retaliation.

_____  Other acts *(specify)*: Sexual Harassment _____

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: Within the Last 8 yrs.
*Date(s)*

C.    I believe that defendant(s) *(check one)*:

✓ _____  is still committing these acts against me.

_____  is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☐ race _____          ☐ color Afro American

☐ gender/sex _____          ☐ religion _____

☐ national origin _____

☐ age.    My date of birth is 11 22 61 *(Give your date of birth only if you are asserting a claim of age discrimination.)*

✓ disability or perceived disability, Back Injury On Job. *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

Mr. Don Dettmer Sexual Harassment Innappropiate Comenents
1) Let me find out you have another Job. Suggestive Manner
I was a prostitute / whore 2) You showing me your Ass for
points. 3) Easter Likes a lot of juice rather than Sausage.
Witnessed

_____
_____
_____

**Note:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

**III.    Exhaustion of Federal Administrative Remedies:**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: ___ In March _____ *(Date)*

B.      The Equal Employment Opportunity Commission *(check one)*:

_____        has not issued a Notice of Right to Sue letter.

_____        issued a Notice of Right to Sue letter, which I received on 6|26|13   *(Date)*.

> *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity*
> *Commission to this complaint.*

C.      Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission
regarding defendant's alleged discriminatory conduct *(check one)*:

_____✓_____        60 days or more have elapsed.

_____        less than 60 days have elapsed.

## IV.    Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders,
damages, and costs, as follows: _____ emotional

Justification Compansated For Mental + Phycial. $
Money FoR time out Law Suit. Money FoR Damages
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)* FoR 8 YeaRs.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 18 day of September 2013.

                                  Signature of Plaintiff   Curtis McLud

                                  Address   303-305 E.135th St.
                                            Bx. NY 10454 #13 J

                                  Telephone Number   H-347-562-2837 C.347-695-5376

                                  Fax Number *(if you have one)* _____

EEOC Form 161 (* 1/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:    **Easter McLeod**
       **303-305 East 135 Street**
       **Apt. 13-D**
       **Bronx, NY 10454**

From:    **New York District Office**
         **33 Whitehall Street**
         **5th Floor**
         **New York, NY 10004**

[ ]    *On behalf of person(s) aggrieved whose identity is*
       *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2013-00572** | **Amon L. Kinsey, Jr.,** <br> **Investigator** | **(212) 336-3680** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Kevin Berry*                                                  6/26/13
_____                    _____
**Kevin J. Berry,**                                      *(Date Mailed)*
**District Director**

Enclosures(s)

cc:    **Director of Human Resources**
       **JEWISH GUILD FOR THE BLIND**
       **15 W. 65th Street**
       **New York, NY 10023**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622

Easter McLeod
303-305 East 135th Street, Apt. 13D
Bronx, New York 10454

    *Re:*    *EEOC Charge No.520-2013-00572*
           *McLeod v. Jewish Guild for the Blind*

Dear Mr. McLeod:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. The procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon information and evidence you submitted, and have determined that further investigation will unlikely result in a determination that respondents violated one of the federal laws enforced by the Commission. Therefore, your charge will be dismissed.

Attached is your Dismissal and Notice of Rights. If you want to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the Notice.

Please contact Investigator Amon Kinsey at (212) 336-3680 if you have any questions.

Sincerely.

_____ for           _6/26/13_____
Kevin J. Berry                              Date
District Director

# Things That's Been Going On On The 9th Floor

1) Mr. Dettmer has been going into Room 903 for hours at a time & the person has been going into his office for the last 6 years back for food.

2) Does favors for certain staff,
   • let them leave early & let them leave without taking their lunch.

3) Certain staff will be on vacation at the same time

4) When vacation time come at least 4 years told if how he would give P.A. that I have seniority even, he would purposely give them my time.

5) For quite some time when I come into work when I see him I would get this uncomfortable feeling.

6) One of the staff (Christian) I would sleep in groups office, while he waiting for the clients to go home + in class rooms with clients that need services. Nothing was said about that.

7) Last but not the least we had a party for one of the staff members, I asked him to pray over the food he replied "I forgot how to pray".
   This is a person who said he was studying to be a "PREIST".

Eustice McLeod

Re attend 3/4/13

<u>This is when it All begain (within the last 8</u> <u>Years</u>

1) When my uncle passed Away Mr. Dettner asked me if I could come in from my uncle Funeral. I just looked At him I didnt Respond. <u>2005"</u>

2) When my sister came in from Oklahoma City Mr. Dettner made A comment saying let me find out you have Another Job I had changed clothes was going to A party on the boat.

3) When Ridgedale Consumers was coming in the door from of the elevator. I thought he was going to pick up the bin but he didnt he held the door while I picked up the bin. He held the door open and made a remark: <u>Are you</u> <u>trying to show me your ass for pants</u>. This is when it All started!

4) One of the staff members had made A soup some time back + I had went to Room 903 to get more that next morning Mr. Dettner was coming down the hallway saying Easter likes alotta juice on → her sausage. I was standing in the doorway of @906 talking to P.A. We both looked At each other in shock! (It was soup)

5) While giving out checks I'm coming out of Room 904 Mr. Dettner says to me when do you make your money I just looked at him then he he says friday of Saturday then he says you probaly work the whole weekend, how much money do you make per night when is your

②

is your best night, Didn't Answer then I'm leaving towards the locker room he says Oh Easter I see you have on your Go Go Boots. Then he says why don't you stand up to me. Never answered to his comment. (Overly Shocked Again)

6) Every time he saw me with Cowboy Boots on he use to Always make comments, What horse you gonna ride today.

7) He comes into the men room while I'm in the mens room with one of the clients At least 12 times during the course of the years. At one time it was a male staff in the mens room And that person said Easters in here he saw me but he just came in Anyway.

8) Threw my food out (Sea food stir fry I made. (on purpose) came in room 909 and said Are you sapose to clean the Refrigerator, I said yes came in Room to show me he had took A picture of the milk on his cell phone. Refrigerators was At the time cleaned out on Friday, he threw my food out that Thursday.

9) When Ms. Nampudy covered Room staff member from next room was keeping An eye on Room while I was heating up clients lunch, Ms. Nampud. And told him that the Room was un Attended he wrote me up for that At that wasn't true.

10) Pulled musle in my lower back from lifting A consumen, was out for quite some time on & off with "doctors notes" he wrote me up 3 times.



11) When Staff & myself was working in Room 909 he had data book open he just started talking, And Not making Any sence. He started talking about the time when they closed Yonkers Enter. You will still have your job but someone else would lose theirs. I didn't understand what that was about. At that point he said, when he's stressed out that the staff will feel it to. (In my mind I said to myself only certain staff.

12) The time in 2010 I wanted to go see my Uncle in Florida I called And left messages on his phone. About sex times in Regarding me making A trip. I had vacation in April he said to me forward and ask staff did they have that time. I had seniority over staff that he had gave that time to. My uncle is still sick (very) to this day. That Really did hurt . . . . .

13) I knew that he would give them vacation over me. (At least for 4 years in A Row).

14) I've heard him several times in A Rage upstairs the Anhurts while Consumers were in hallway cursing Very loud.

15) Some staff he would let them leave early for Appointments and so on . . . .

16) At one time we were busing, bring down consumers to get on the bus he says to the matrow: You better Let these mother fuckers knew who the fuck I Am. I could not believe the pretty.

7) After busing he was talking to two staff members, he said their Idiots (I don't know who he was talking about) this was said to two other staff members + then he say's I called them that because I can get away with it.

8) "This went on for about three years."
He use to call out my name EASTER. Real loud in the hallway when even he saw me he does that to the people people he caters to but he knew eventually I wasn't going to fall in that category. Then shortly after he started harrasing me all over again.

9) The reason I took so long to try to report this is because some people were saying you have to have proof. In my mind I was saying so I'm suppose to eccept this type of treatment, (Thats unexcetable) + Unprofesional.

20) Called me in office a day after he was out and Rampudy had on the board all staff 1/2 hour lunch then at some point she changed it. He called me in his office and says your walking on thin Ice.

2) At another time he p came in the room pointed to the Data sheets + said this is your pay check + walked out. (Puzzled) What was that about.

21) Most of the time he in a rage, yeay, very uncomfortable seeing him at any given time. I allways did what I needed to do as far as work is conCern but he would always have something to say. No matter what all of a sudden.

22) Often wondered why he was switching me to different program rooms 4 times the only P.A.



22) First he switched me from 906 to 933 for 3 year then switched me again to 909 for 3 years then switched me back to 906. My thoughts was this man doesn't want me happy in the rooms I was working in. I have a lot of consumers on the floor that has become attached to me in a motherly type of way, I believe in my heart he does not like it.

23) The day before I was leaving (a flight) to catch a plane to go see my uncle in Florida. I asked Mr. Lettner could I leave at 3:00 after busing he said I'll see what I could do + the next day I called him + he said I told you I could see what I can do + at the last minute he had me doing busing (P.M.) on purpose I was very upset I could have missed my flight, I started crying, I was so hurt. Then he says the program doesn't run on my time. If it was one of his people he likes it wouldn't have been a problem.

24) While having a meeting one of the consumers that's no longer here now that was in a wheel-chair, I mentioned in the meeting I was starting to have back problems (lower) a few laughed what I said.

25) One of the staff members was coming down the hallway with the consumer (male) my Betmen held the consumer arm + helped the male staff down the hall walk too +

26) I was shocked because I remember the same consumer was slowly going down 4 MN. Dettmer was behind me & all he did was put his hand on the trail bag which I needed him to help me into the room with the consumer. Very unhelpful.

27) I remember one of the consumers in room 932 we use to go out for lunch on thursday's for quite some time on my lunch break all of a sudden he said no more taking out consumer the consumer was very upset & disappointed.

28) On the over all I want him to stop harassing me mentally & spiritually + act appropriately.

Mental Verbal, Emotional Distress

Curtis Y. McLeod



# Collective Bargaining Agreement

## Between

## The Jewish Guild for the Blind

## And

## SEIU United Healthcare Workers East

## January 1, 2011— December 31, 2015

ARTICLE V

NON-DISCRIMINATION: SEXUAL HARASSMENT

It is agreed that The Guild and the Union will not discriminate against any employee on the basis of race, color, religion, age, Union activities, national origin, sex, physical or mental disability, political belief, citizenship status, marital status, sexual or affectional preference, nor in any other manner prohibited by applicable law.

It is The Guild's policy to maintain a workplace free from sexual harassment. Sexual harassment, which will not be tolerated, includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

(1) submission to such conduct is made a term or condition of an individual's employment or continuing employment;

(2) submission to, or rejection of, the conduct is used as a basis for employment decisions affecting the individual; or

(3) the conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Any employee who feels that she or he is a victim of sexual harassment should immediately report the matter to the Vice President – Human Resources or his/her designee. Violations of the sexual harassment policy may result in discipline up to and including discharge.

8

9/18/13

Mr. Dettmer Program Director

Sexually Harassment In-
Appropiate Comments.

1) Let me Find out you have Another
Job. (Suggestive Manner I was
A prostitute / whore.

2) You showing me your Ass For points.

3) Easter likes A lotta juice on her
Sausage. (Witness)

4) Where do you make your money,
Fridays & Saturday. You probably
work the whole weekend.

5) How much do you make per night?
When is your best night.

6) I see you have on your go go
boots.

7) What horse Are you Riding on
today. Sexual Statement?

8) Continuasley enters the Mens
Room while I have male con-
sumen In bathroom. Client And
Male Treatment Coordinaten in
bathroom. Said out Loud Easter
in here (Knowledge & Notification

<u>WARNING</u>

1.) Dismiss complaints of Medical issues.

2) Refused Assistance with consumer

3) Refused Denied right to Consumer on my lunch break to go out for Lunch. As Community Inclusion.

4) Refused Authorization with timely notice to be dismissed early clue to urgency.

5) Refused the right to Consumers Relationys. For about 2 years myself + client once a week we would go out for Lunch. A many of Consumers I have a close bond with. Mr. Detter didn't want and wouldn't let me 1) Build Rapport 2) Bond 3) Connect 4) Affiliation 5) Associate for a betterment of Consumers Relationship + Care.

<u>Retaliation</u>

1) Denied me Vacations 4 times requested. Disregarded seniority.

2) Demand I came to work during Bereavement / mourning.

3) Intentinally with malace is-D

hused q my lunch & food on
day before cleaning assig-
ned to me on Fridays duty.

4) While "Unisnen" in my room
covering wrote me up, com-
plained for being unattended
when N.R. was in room.

5) Mr. Dettmer is hostile And witness
telling me without Burst that I
will still have my job.

6) Intentional switching me to
different Program Rooms.

7) Threaten me Im walking on
thin ice.

Company Building   They All work In the Same Building
Can be Contacted By Human Resonces.
Melissa Farber—212-769-6200
6200

1. DR. ALAN R. MORSE

(CEO EXECUTIVE OFFICE)


2. GOLDIE DERSH

(VIP) ( BEHAVIORIAL HEALTH SERVICES

(PSYCHIATRIC CLINIC)


3.MELISSA FARBER

(VIP ) HUMAN RESOURCES


4. DONALD DETTMER

(PROGRAM COORDINATOR)

PETITION

**To: DR Alan Morse**
**To: Phillip Rosenthal**
**Cc: Neva Shillingford-King**
**Cc: Donald Crosswell**
**Cc: Melissa Farber**
**From: Concern Workers and members of 1199 SEIU Union**
**TITLE: Program Aide and Workers of Jewish Guild for the blind**
**Date: May 1, 2013**
**Re: Inappropriate conduct of Don Dettner Supervisor Day Treatment Program**

We the undersigned workers of the Jewish Guild for the Blind and members of the 1199/SEIU Union are extremely concern and upset of the continuous disrespect and inappropriate conduct of Don Dettner supervisor in the Day Treatment Program. He has continued to make inappropriate comments and behavior when addressing his staff and others. This ongoing situation has caused a hostile and unhealthy work environment. There were several meetings in the past and most recent to address this type of behavior, to which there were no appropriate resolution. This has caused a great decrease in members moral and their ability to function.

We strongly urge that management in good faith meet with us and the union to address this stressful situation. We await your reply.

Thank you for your anticipated cooperation.

Print name:                                           Signatures:

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____