Easter McLeod v. The Jewish Guild for the Blind
13CV6746 (GHW)

① Docket & file

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/15

Mr. Judge Woods,

To the best of my knowledge I'm going to answer this to the best of my ability. (Notice of Defendants Motion for Summary Judgement). I was waiting to here from you before I attempt to answer to this motion. I don't know if I'm doing this right, but here it is.

I was home on Presidents Day, (Day off from work), heard knock on door it was Fed X-Delivering package from the lawyer Mr. Shaw opened & was overwelled, looked like a book (thick). I said to myself (wow) a lot of Reading under the circumstances. Your honor, Mr. Judge Woods I been going through a lot, But I always stay prayed up. God has side me through all my 53 years and I bless that I'm still here to write about it.

It said Plaintiff's opposing (Affidavits) and answering memorandum, if any, shall be served no later than March 6, 2015. This is a Rush but I'm not going to just not respond, I don't want this case throw out. I'm going to take this all the way to the end. First & formost: Submit evidence such a witness. Repea Marilyn F., Myrna P., Sheryl S., Janad T.

I just want to start by saying this I feel that I repeating things all over again. I

have no reason to lie about anything I wrote in my complaint. I have been harassed by my supervisor D.D. & sexual/verbally harrassed. In the cause of 5 years & still up until this point. I have kept Judge Woods informed on what's been going up until this point. Melissa Tanden Sar said in her letter that she had did a full investigation and now in the motion that she had did a investigation with 4 people at the floor. I don't know who those 4 people were because I know of 4 people that he was & still is harrasing. Maria T, Gary P, Rose S. & myself. Waiting on to Fire Terminate.

Sexual discrimination, very hostile work enviroment. How can you say Mr Shaw that I not persuing this claim. It's one thing to say something expecially if it's not happening to you or a relitive or a love one or some one very close to you. You also said

What is harrasment in you term? I know what I experinced in the course of those years and still is. It could be mentally, verbally, expression, look, external & I have experience all of the above. All you have to do is have someone to come and investigate themself. You can ask staff & clients that verbal & ak them about Don Crettmen, Celeste Sanchez before she resigned she wrote a 2 page letter about working with Don Crettmen and Mr. Shaw & Judge Woods have a copy of her statement. That should

Say more about Don Dettmer. He was a big part of her leaving the job. (The letter states everything.)

It's one thing to say plaintiff unreasonably failed to take advantage of JGB's avenue for complaints by allowing eight years to elapse before she reported it, or has not articulated a valid reason for such a lengthy delay. First & foremost, I remember my nephew said to me years ago, Auntie in life you have to face your fears, and every now & again I think about that & this was a "BIG ONE". I was afraid I would loose my job, Administration would protect Don D & they still are & as he was doing writing me up for months, got hurt hurt...... on the job just constantly calling me in the conference room, I believe he wanted me to quit, have a nervio breakdown, pass out at the job which I almost did several times but didn't say anything to any one under so...... mush pressure.

The Union Representives have record of how many people through out the building that has had a incounter with Mr Don Dettmer. And as Administration has yet as of now did nothing about it.

As you written, Mr Dettmer has counseled and disciplined myself multiple times and provided with written warnings, constant writ

ups. Point finger at me, other staff members on the floor have as example, do not do the data every day, do not hand in data, community inclusion on time 2 weeks or more and nothing is said to certain staff only. This portion in paragraph is totally "Not True"

1) Failing to intervene with consumers Not True
2) Failing to participate in routine cleaning duties Not True
3) Running a beauty shop group at a time that interfered with programs in newly assigned room. Not True ↑ First and foremost we have been short staff for years, so I had no other chose but to run the beauty shop in the room. T.C. use to run card making in the room then you go Mr. Dettmer pointing your finger at me. Different strokes for Different folks.
4) Submitting inaccurate consumers attendance documentation. 1 time & was written up for that, Never heard of him doing that to anyone else. Harassment in all aspects!
5) Failing to properly document consumers progress & activity. Not True
6) Using a microwave for her personal food. True. I'm not the only one all the staff use the microwave. (Different strokes for different folks.) I remember one time there staff members and myself in the kitchens and P.D. walked through the kitchen saw Gerard T. on his phone and walked right pass him & did not say one word. I said to myself WOW.

7) Taking a consumer on a community inclusion activity out of the facility and returning with a bag of personal groceries. <u>Not True</u>
Once again I live in the Bronx. I don't need to come to Manhattan to grocery shop. First of for most (too expensive) And I don't need to shop period for the next few months on a constant basis. I keep stocks of food in my apartment. And if you really wanted to know all you had to do was ask. No need to assume. Myself & T.R. went to the fruit stand because he wanted a banana so in turn I bought myself some fruit while I was there. There was no shopping. (Wrong)

8) Eating outside of her lunch hour. <u>True</u> My lunch hour changes from sometime (day to day) but most of the time it's at 1:00 p.m. but I eat around 2:00 - 3:30 <u>Allways Available</u> for consumers. I remember when I go on vacation D.W. use to say to me your son Hakim misses you and gave me his hand. Hakim W. Is and was very aggressive.

9) This is just a suggestion If you want to get staff members opinion about me & how they think why don't you send someone here. I know ever since I been working here I always did my job and some. I'm a pleasent person & I'm not friendly with everyone, I pick & chose who I want in my space. I'm a very low kee person. One thing I'm not

A Foney & A Liar,

10.) Leaving consumers unsupervised for up to 25 mins in program room. Went to warm up consumers lunches. First of/or most myself & program aide was working in room by ourselves from February 2014 to Feb 3 2015. So my thinking you already knew this you & Dr. Dench & did nothing about it. Second how could you put a time frame on this you never came to help. You were to busy in Room 903 assisting Lorraine's for the last 8 years or more. You still do it never stoped. Like they say look into the mirror & "tell the truth"

For harrasment you do not have to phycially touch the person, just like I said Mr. Detten was visionly observing my body & I also felt him staring & how I know this a few times I would turn around I would catch him staring at me. Very uncomtable feeling. Very disrespectful, unprofessional, (sexual coments) Mental in de windows....

You can have a policy but that does not mean that everybody follows Rules & Regulations. And also people, including myself hold on to things like this for a long period of time for a whole lot of reasons. But I knew for a fact in 2013 I had to get this out of my head, thoughts or to clean my mind. And I also Asked

6.

GOD to let me know when It was time for my me to let this Matter (Serious) out. Maybe two weeks before Racheal Meltzer came out the building and said to me Easter what ever you have to write about Don Dettmer Now is the time. I was so happy + once I summited the complaint I was so relieved. I can hardly describe the feeling I felt Felt I will never forget that.

3/4/15

<u>Declaration of Melissa Farber Support of Defendants Motion for Summary Judgement.</u>

I just want to start with when I came into work this morning waiting for the clients to come in I started writing and I started reading Malisa Farber Motion, I never mentioned Sherwin Titre in any of the events. I was very suprized that Mr. Dettmer had the nurve to say that he was victimized in what kind of way? That's a good wording but in the way he treated me for years. "VICTOM" "Victom"...... I will say this Marlyn F. & Gerard T. Say they don't Remember, I Do.

I just want to say Mr. Dettmer was harrasment for a very long time for "years" I been working with Disable Adults & Children for the last 23 years, almost 16 years at the lighthouse (Ill formally Jewish Gill for the blind. And Never incounted so many write ups in my life. Nateness true, but extending from being stressed out

from the Abuse Mentally Spiritually, Emotionly ⑧

Mr. Dettmen state that he has been Happily married to the same woman for over thirteen years. How come I and others have seen Mr. Dettmen in Room 906 for the last 2 to 4 years or more until Recently Sence this case as been going on. Gary P. & Rose P. Program Aide. When Gary was working in the Room at one time or another he almost worked busing for a year straight. While Gary P. Bused T.C. Lorraine S would be in Don Dettmen's office. From like back & forth but N.S. would be in his office more so then than him & Coutumen's would be left alone at it all the time. Time frame 9:30 until 10:30 or 11:00 Mr. Dettmen would have strips of paper on the glass for years that went on. Until Goldie D. request that he take that off his Door. Its a strip of glass that you could see though. The same thing with Rose P. When she was working in that room with Lonnaire S. When Rose was busing the same thing back & forth in his office but mosly she was in his office. And he kept his office with a very dim light for years up until now. only way he keep the light on in the office itself is when he is interviewing some one. Mr. Dettmen Gave Loan Lorraine he on personal Nick Name → ( RAINE ).

I Also want to mention Mr Dettmen says that he been happly married for 13 years so how come for about 2 year recent Mr

Dettmer:
① Would have breakfast & lunch be down on the "C" Level in the ~~Cafeteria Lunchroom~~

② He would be busing in her room for the last maybe 6 years or more until recent

③ Walks in central Park & sitting on benchs, Shared the same lunch time.

④ Would sit in ~~Womans~~ group. That Lorraine Runs.

⑤ And Last but not the least The year 2014 I have seen Mr. Dettmer on 125th Street standing on the platform at Least 10 times during the latter part of the year & in 2013 at least 8 times.

Mr. Dettmer said in his motion [I have never engaged in any inappropriate conduct toward Plaintiff of a sexual nature or engaged in any differential treatment of Plaintiff on the basis of her sex. [THAT'S A LIE] Not true. (Lie detector tells the truth)

Argument Point 1
Plaintiff has abandoned the claim and she did not suffer an adverse action based on her sex.
 "Not true" Have not abandoned the claim. Suffered, negative very bad, I felt Abused eternally Interfered with Mental beings, High Blood Pressure

queezeness in stomach for years.
Claiming Sex Discrimination, Mentally, Spiritually &
Emotionally. Last but not the least, How can
a person make a comment about If you feel
that this person was Sexually harassing you
how come you did n't find yourself another
JOB! What kind of statement is that to say
on white on paper.
    "Justice to be done"
                            Easter S. McLeod

Easters illi Meoci
303-305 E. 135th Street
Bronx N.Y. 10454
#13-D





7014 0510 0000 0716 8370

7014 0510 0000 0716 8370

United States District Court
Chambers OF
Gregory H. Woods
United States District Judge
500 Pearl Street
New York N.Y. 10007



RECEIVED
MAR -5 2015
GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.



USM
SDNY