Easter McLeod v. The Jewish Guild for the Blind
13 cw.6746 (GHW)
Docket & File
2/26/15

Mr. Judge Woods;

I'm writing this brief note in reference to the package I recieved by Federal Express from Mr. Shaw. What am I sapose to answer to what? I don't understand. Dealing with this case has been very stressful expectually the deposition. (A lot of reading & time to understand. So please tell me what I need to do now? Please"

I've been under a lot of stress dealing with the lost of my uncle's "3" that passed in less than months apart. I had booked a flight to go to visit my sister that lives in Oklahoma that's been ill for quite some time so I will be traveling March 7 to March 17th so I would like to ask could you "please" give me some time to respond to what ever it is I need to respond to. It said Plaintiffs opposing affidavits and answering mem-

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/2/15

orandum, if any, shall be served no later than March 6, 2015. I need more time "please". I don't know what I need to do. Next Please let me know what I need to do Now. You said "If I need to ask any questions please help." Just tell me what I need to do.

Easten S. McLeod

347-862-2837 "H"
347-695-3376 "C"

RECEIVED
MAR - 2 2015
GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.



Easter S. McLeod
303-305 E. 135th St
Bx N.Y. 10454 #13-F

United States District Court
Chambers of
Judge Gregory H. Woods
United States District Judge
500 Pearl Street
New York N.Y.
10007